UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

T.K., et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 15-cv-04043-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, May 23, 2016 at 2:00 p.m. |
| REFERRED TO MAGISTRATE WESTMORE FOR MANDANTORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | April 15, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | January 15, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | September 15, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 1, 2016<br>Rebuttal: December 15, 2016 |
| EXPERT DISCOVERY CUTOFF: | January 15, 2017[1] |
| DISPOSITIVE MOTIONS[2] / DAUBERT MOTIONS TO BE HEARD BY: | November 15, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, January 13, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 20, 2017 |

---

[1] The parties are cautioned that although they have asked for the expert discovery cutoff date to be January 15, 2017, any Daubert motion(s) must still be heard by the November 15, 2016 deadline.

[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, February 3, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 21, 2017 at 8:30 a.m. for 5 days(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, January 13, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge