UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**T.K., ET AL.,**

          Plaintiffs,

   v.

**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**

          Defendants.

Case No.  15-cv-04043-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from May 23, 2016 to **Monday, October 17, 2016** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: May 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**