UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T.K., ET AL.**,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.**,<br><br>　　　　Defendants. | Case No.  15-cv-04043-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES**<br><br>Re: Dkt. Nos. 33, 38 |

**TO PLAINTIFFS AND HER COUNSEL OF RECORD:**

Counsel for plaintiffs are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $250.00 for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions, and this Court's subsequent reminder on October 7, 2016 (Dkt. No. 38).

The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party.  This response shall also be limited to three single-spaced pages, *including any attached exhibits or supporting papers*."

Defendants filed their pre-filing conference letter on October 3, 2016.  (Dkt. No. 33.)  To date, plaintiffs have failed to file a response to that letter.

A hearing on this Order to Show Cause shall be held on **Friday, October 14, 2016** at **3:01 p.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Personal appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated: October 12, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**