Case 4:15-cv-04043-YGR   Document 42   Filed 10/13/16   Page 1 of 2

JOHN L. BURRIS, Esq. SBN 69888
LATEEF H. GRAY, Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiffs



GRANTED
Judge Yvonne Gonzalez Rogers
10/13/16

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.K. ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>　　　　　　Defendants. | CASE NO.: 15-cv-04043 YGR<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs T.K., a minor by and through her guardian ad litem TANYA KONARIS; DEBBIE KONARIS; JEAMEAN REDD; and TROY KONARIS, voluntarily dismiss with prejudice

NOTICE OF VOLUNTARY DISMISSAL 1

the above-entitled action against Defendant CITY AND COUNTY OF SAN FRANCISCO and all other defendants.

Dated: October 12, 2016

/s/ Lateef H. Gray
LATEEF H. GRAY, Esq.
Attorneys for Plaintiffs

Dated: October 12, 2016

/s/ Margaret W. Baumgartner
MARGARET W. BAUMGARTNER
Attorney for Defendants